| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: <br> WESTERN DISTRICT OF WASHINGTON |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **PerfectWerks Solutions Inc** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **92-3770413** |
| 4. | **Debtor's address** | **Principal place of business** <br><br> **7829 Center Blvd SE, #257** <br> **Snoqualmie, WA 98065** <br> Number, Street, City, State & ZIP Code <br><br> **King** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br> **Warehouse in Brewery District   Tacoma, WA 98402** <br> Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.perfectwerks.com** |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4539**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

| Debtor | **PerfectWerks Solutions Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**   *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
        Contact name _____
        Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000              ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☒ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000              ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | **PerfectWerks Solutions Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 21, 2024**
MM / DD / YYYY

**X** /s/   **Nils Lahr**                                **Nils Lahr**
Signature of authorized representative of debtor        Printed name

Title  **President**

---

**18. Signature of attorney**

**X** /s/ **Laurie Thornton**                           Date **June 21, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Laurie Thornton**
Printed name

**DBS Law**
Firm name

**155 NE 100th St., Suite 205**
**Seattle, WA 98125**
Number, Street, City, State & ZIP Code

Contact phone   **(206) 489-3802**      Email address   **lthornton@lawdbs.com**

**35030 WA**
Bar number and State

# United States Bankruptcy Court
## Western District of Washington

In re: **PerfectWerks Solutions Inc**, Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Nils Lahr<br>c/o Cairncross & Hempelmann P.S.<br>524 Second Avenue, Ste 500<br>Seattle, WA 98101 | Common Stock | 100% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 21, 2024**

Signature **/s/ Nils Lahr**
**Nils Lahr**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re  **PerfectWerks Solutions Inc**  
                             Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **June 21, 2024**

/s/ **Nils Lahr**  
  **Nils Lahr**/**President**  
Signer/Title

Avalara
255 South King Street, Suite 1200
Seattle, WA 98104


Avant Marketing Group
1982 Concourse Drive, Suite 150
Saint Louis, MO 63146


AvantLink
P.O. Box 35146
Seattle, WA 98124


Bearcat Media LLC
9 Musky Ridge Dr
Hackettstown, NJ 07840


Cairncross & Hempelmann P.S.
524 2nd Avenue #500
Seattle, WA 98104


CommerceHub
1201 Peachtree St NE Suite 600
Atlanta, GA 30361


D.A. International Group Inc.
1902 OCCIDENTAL AVE S
Seattle, WA 98134


Daniel McGinn
1136 SE 33rd Avenue
Portland, OR 97214


Elliott, Powell, Baden & Baker Inc.
1521 SW Salmon Street
Portland, OR 97205


Employment Security Dept. Wash. State
P.O. Box 9046
Olympia, WA 98507


Freshworks Studio
999 Third Avenue, Suite 700
Seattle, WA 98104


Hanover Insurance
440 Lincoln Street
Worcester, MA 01653


Inked Holdings LLC
25 First Ave. SW Ste A
Watertown, SD 57201


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

Joel Mendez-Marchetti
67338 Jones Road
Rainier, OR 97048


Kelsey Smith
1311 NW 49th Street
Vancouver, WA 98663


Kentech Creative Plastic & Mould Co Ltd
Unit 17 9/F Tower A New Mandarin Plaza
No 14 Science Museum Road  Tsimshatsui K


Kimberlee Gunning
Goldfarb & Huck Roth Riojas PLLC
925 Fourth Avenue, Suite 3950
Seattle, WA 98104


Klaviyo
125 Summer Street
Boston, MA 02110


Leeper Sales LLC
c/o Beth Leeper 2535 Eagle Run Drive
Fort Lauderdale, FL 33327


Local Invest Fund I, LLC
2409 Milton Way
Milton, WA 98354


MODA Works
601 Union St  Suite 1425
Seattle, WA 98101


Nils Lahr
c/o Cairncross & Hempelmann P.S.
524 Second Avenue, Ste 500
Seattle, WA 98101


Oregon Department of Revenue
955 Center St NE
Salem, OR 97301-2555


OrionsWave
7829 Center Blvd SE, #257
Snoqualmie, WA 98065


Resource Transition Consultants, LLC
Attn: Kevin Hanchett
4100 194th St SW
Lynnwood, WA 98036


Ryan Espegard
Gordon Thomas Honeywell LLP
520 Pike Street, Suite 1515
Seattle, WA 98101

Shenzhen Subada Electric Appliance
2F, Building C, MinleIndustrial Park
Minzhi, Longhua NewDistrict   Shenzhen, C


ShipStation
4301 Bull Creek Rd
Austin, TX 78731


Shopify
33 New Montgomery Street, Suite 750
San Francisco, CA 94105


SPS Commerce, Inc.
333 South Seventh Street Suite 1000
Minneapolis, MN 55402


Take Command Health
1410 E. Renner Rd. Suite 200
Richardson, TX 75082


Tasia Gonzales
3009 SE 184th Place
Gresham, OR 97030


Workman Nydegger
60 East South Temple, Suite 1000
Salt Lake City, UT 84111


WSA Properties LLC
90 NW Dogwood St.
Issaquah, WA 98027

# United States Bankruptcy Court
## Western District of Washington

In re: **PerfectWerks Solutions Inc**, Debtor(s)

Case No.
Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **PerfectWerks Solutions Inc** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

**June 21, 2024**
Date

/s/ Laurie Thornton
**Laurie Thornton**
Signature of Attorney or Litigant
Counsel for **PerfectWerks Solutions Inc**
DBS Law
155 NE 100th St., Suite 205
Seattle, WA 98125
(206) 489-3802 Fax:
lthornton@lawdbs.com